SEALED

Gardner

AO 91 (Rev. 11/11)  Criminal Complaint

FILED

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

2016 JUN 27  PM 1:43

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY____DM____
DEPUTY

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| JULIANNE MAYNARD | ) Case No. A:16-m-463 |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___May 2014 until about June 2016___ in the county of ___Travis___ in the ___Western___ District of ___Texas___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, U.S.C., Section 846{841(a)(1)} | Conspiracy to Distribute Controlled Substances. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Steve Hause SA -FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___6-27-2016___

City and state: ___Austin, Texas___

_____
*Judge's signature*
Mark Lane
United States Magistrate Judge
*Printed name and title*

**SEALED**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Stephen R. Hause, Special Agent, Federal Bureau of Investigation (FBI), Austin, Texas, being

duly sworn, depose and state the following:

### INTRODUCTION

1.    I am a Special Agent with the FBI, duly appointed according to law and acting as such,

and have been employed by the FBI since January, 1991.  As an FBI Special Agent, I am an

"investigator or law enforcement officer" within the meaning of Title 18, United States Code,

Section 2510(7), that is, an officer of the United States who is empowered by law to conduct

investigations and to make arrests for offenses enumerated in Title 18, United States Code,

Section 2516.  I am currently assigned to the San Antonio Division, Austin Resident Agency, of

the FBI.  In this assignment, I am tasked with investigating criminal offenses including the

investigation of drug trafficking organizations and violent criminal gangs.  I have participated in

numerous criminal investigations, including many involving drug trafficking and violent crime.

I have conducted or participated in physical and electronic surveillance including court

authorized wire interception, the execution of search warrants, debriefings of informants and

reviews of recorded conversations and records pertaining to drug trafficking and violent crime.

Through my training, education and experience, I have become familiar with the manner in

which illegal drugs are imported and distributed, the method of payment for such drugs, the

efforts of persons involved in such activities to avoid detection by law enforcement, including

the use of vague and/or coded language during their conversations related to drug trafficking,

money laundering, and violent gang related activities.  Among other duties, I am currently involved in an investigation that focuses on the criminal activities of members of an organization operating in central Texas known to traffic in cocaine, methamphetamine and marijuana. Specifically, I am involved in the investigation of members of a drug trafficking organization headed by Harold Urias, III (Urias) and John Carl Garza (Garza) and involving Julianne Maynard.

## OFFENSES

2.  I am familiar with relevant aspects of this investigation as a result of my personal participation in this investigation conducted jointly with Special Agents (SAs) and Task Force Officers (TFOs) of the FBI, the Austin Police Department (APD), the Texas Department of Criminal Justice-Office of the Inspector General (TDCJ-OIG), the Texas Department of Public Safety (DPS), the Round Rock Police Department and others.  My personal participation has included the review of recordings, written transcripts and summaries of conversations recorded during this investigation pursuant to court authorized wire interceptions of 10 telephones utilized by John Carl Garza and Harold Urias.  I have reviewed pole camera footage, and conducted and administered surveillance.  I have participated in interviews of cooperating witnesses to include confidential human sources and cooperating defendants.  I have reviewed reports written by other agents regarding seizures of controlled substances and drug proceeds associated with the persons under investigation and I have spoken personally with agents involved in such seizures. I have reviewed location based tracker data for cell phones and vehicles obtained through court order.  On the basis of this familiarity, and on the basis of other information which I have reviewed and determined to be reliable, as will be detailed more fully below, I believe there is probable cause that evidence of the following crimes committed by John Carl Garza, Julianne

Maynard; and others known and unknown establishing the foregoing ground for issuance of an arrest warrant:

    a.   *Conspiracy for Manufacturing, Distributing, and/or Possessing with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. § 846{841(a)(1)};*

## INVESTIGATION SUMMARY

3.  This investigation has been ongoing since May, 2014 and has included wiretaps of multiple telephones used by Garza, debriefs of several cooperating individuals, approximately 30 law enforcement controlled buys of cocaine and methamphetamine from Garza oftentimes while Maynard was present or assisting Garza, and multiple instances of law enforcement surveillance. These multiple sources of information have revealed that John Carl Garza and Julianne Maynard, who reside in Austin, Texas, have been continuously trafficking kilogram quantities of cocaine, marijuana and methamphetamine in the ███████████

4.  Garza distributes the drugs either from his home at ███████████████ or by delivering to his buyers at their residences with his vehicle. Garza keeps multiple ounce quantities of cocaine and marijuana his residence packaged into distributable amounts varying from grams to quarter kilograms. Garza's buyers generally reside near Garza in ██████████ ██████ Garza typically employs a "high-frequency, low-volume" distribution method for his drugs, whereby he makes numerous deliveries of relatively small amounts of drugs over short distances to a select group of trusted customers. This technique limits his risk by reducing the chance of his being caught by law enforcement with significant quantities of narcotics. Garza has a number of sources by which he obtains his drugs to include marijuana. Julianne Maynard is Garza's girlfriend who resides with him at ██████████████ and supplies Garza and others with high quality marijuana.

## PROBABLE CAUSE PROVIDED BY COOPERATING INDIVIDUALS

5.  Beginning in May, 2013, and continuing until present, a Confidential Human Source (CHS), hereinafter referred to as CHS-4, whose information has been deemed credible and reliable based on independent investigation in this matter to corroborate his/her information, agreed to cooperate with the government in connection with John Garza in exchange for financial consideration.  CHS-4 is an associate of John Garza.  CHS-4 has a drug related criminal history.   CHS-4 provided the following information regarding Garza's and Maynard's drug activities:

6.    CHS-4 has purchased cocaine and methamphetamine from John Garza in ounce quantities on more than 15 occasions with the most recent transaction occurring within the last three months.  CHS-4 told law enforcement that since 2014 and continuing to the present, Garza has sold and continues to sell cocaine, methamphetamine, heroin or marijuana on a daily basis depending on availability.

7.    Garza keeps cocaine, methamphetamine and marijuana at his residence at ███████ ███ that he shares with Maynard in a small table in his room that has a hidden compartment.  He usually has multiple ounces of cut and/or uncut cocaine, and/or ounces of methamphetamine. CHS-4 has observed Garza keeping cocaine in the small table in his room on multiple occasions, including within the last week.  He usually has a few pounds of hydroponic marijuana for sale. CHS-4 knows that Maynard is Garza's girlfriend and also his source of supply for hydroponic marijuana.

8.  Beginning in December 2014, a Confidential Human Source (CHS), hereinafter referred to as CHS-5, whose information has been deemed credible and reliable based on independent investigation in this matter to corroborate his/her information, agreed to cooperate with the

government in connection with John Garza in exchange for consideration of federal drug charges. CHS-5 is an associate of John Garza and Harold Urias. CHS-5 has a drug related criminal history.

9.  In regard to quantities, types and prices of illegal drugs distributed by Garza since 2014 and continuing to the present, CHS-5 advised that in 2014, CHS-5 obtained from 4 to 9 ounce quantities of cocaine from Garza every week or two. During that time and continuing into 2016, CHS-5 knows from conversations with Garza, as well as from personal observations that Garza continues to traffic cocaine, but also sells methamphetamine and hydroponic marijuana. Garza charges $8,250.00 for nine ounces of cocaine and $4,250 for 4.5 ounces (referred to as "four and a baby"). Garza sells hydroponic marijuana for $800.00 per quarter pound and from late 2014 continuing through June, 2016, CHS-5 observed that Garza keeps cocaine at his residence at ▮▮▮▮▮▮▮▮▮▮ in a coffee table modified with a hidden compartment. He usually has multiple ounces of methamphetamine available for sale as well a few pounds of hydroponic marijuana.

10.  CHS-5 advised that Garza's girlfriend often stays with him at ▮▮▮▮▮▮ Garza told CHS-5 that the girlfriend supplied him with marijuana. Within the last four months, CHS-5 observed Garza with four or five pounds of marijuana in his room at ▮▮▮▮▮▮

11.  As detailed earlier in this affidavit, the numerous investigative techniques which have been utilized during the course of this investigation have revealed that John Carl Garza and Julianne Maynard are involved in the daily trafficking of illegal drugs from his residence located at ▮▮▮▮▮▮▮▮▮▮ The illegal drugs have included cocaine, marijuana, methamphetamine and heroin. The techniques have revealed that Garza obtained supplies of cocaine and methamphetamine from Harold Urias, Alfredo Garza, Phillip Anthony Rivera and

Mark Selvera over time, and marijuana from Jose Angel Ortiz (through Harold Urias) and Julianne Maynard, his live in girlfriend, who also resides at ██████████.

12. Investigators have intercepted in excess of 5,000 phone calls between Garza and his distributors. During many of these calls, Maynard can be heard in the background while Garza is discussing deliveries. Below are summaries of selected telephone conversations and events demonstrating Garza's and Maynard's drug trafficking with co-conspirators.

13. On July 2, 2015 in a recorded conversation, Garza told Joe Beltran (a cocaine and marijuana distributor for Garza), words to the effect of, "I could have gotten rid of those zips. My girl's got some badass shit too but she wants a little bit more but that shit is fuckin' fire dude." Joe Beltran responded: "Oh Yeah." Garza then said, "Yeah that fucking marijuana she's got. She's got pineapple and she got one other one but it's a little high…you know $250 but it's nice."

14. On July 9, 2015, Joe Beltran texted Garza "Bring me a zip of da blue berry." Garza then calls Beltran and says words to the effect that "My chick chunks (sells) them for $325, $350 all day long bro." "It's that $400 shit man."

15. June 21, 2016 CHS-5 made a controlled purchase of cocaine from Garza at ████████████

While he was present, Garza relayed words that he had to leave to go hit a lick (sell some drugs).

Maynard was also present and relayed that she too needed to leave because she had to go hit a

lick (sell some drugs).  CHS-5 is aware from his/her observations that Maynard has also obtained

other types of drugs for distribution on at least one occasion.

16. I have identified Julianne Maynard as a ██████████████████████

_____
STEPHEN R. HAUSE
Special Agent, Federal Bureau of Investigation


Subscribed to and sworn
before me this __27th__ day of ___June___ 2016.


_____
U.S. MAGISTRATE JUDGE

Mark Lane
United States Magistrate Judge